UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION AT TOLEDO

| | |
|---|---|
| **BRIAN LLOYD** | Case No..: 3:22-cv-01398 |
| Plaintiffs, | Judge Jeffrey J. Helmick |
| vs. | Magistrate Judge Darrell A. Clay |
| **FIFTH THIRD BANK, N.A.** | **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant(s) | |

NOW COME the Parties, by and through undersigned counsel, and hereby notify the Court that they are dismissing this action, with prejudice, each party to bear his or its own fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216)373-0539
Facsimile: (216)373-0536
notices@dannlaw.com
*Counsel for Plaintiff Brian Lloyd*

/s/ Katherine A. Rasmussen (per email authority 12/28/2022)
Richik Sarkar (0069993)
DINSMORE & SHOHL, LLP
North Point Tower
1001 Lakeside Ave, Suite 990
Cleveland, OH 44114
PH: 216-413-3861
FX: 216-413-3839 Richik.sarkar@dinsmore.com

And

Katherine A. Rasmussen (0093928)
DINSMORE & SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
PH: 614-628-6982
FX: 513-977-8141
Katherine.rasmussen@dinsmore.com

*Attorneys for Defendant, Fifth Third Bank, N.A*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge